**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:22-CV-01487-E</u>

2. Style of case: <u>DALLAS INDIAN REVIVAL CENTER V. COLONY INSURANCE COMPANY</u>

3. Nature of suit: <u>Insurance - First Party</u>

4. Method of ADR used:    ☑ <u>Mediation</u>        ☐Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: <u>4/26/2023</u>

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.                    ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**                    ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1800.00</u>

8. Duration of ADR: <u>Half Day</u>  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   Courtenay L. Bass , Mediator                    Matthew P. Rigney, Esq.-Defendant
   Patrick Osage – Plaintiff's Rep.                 Orlando Vera, Jr., Esq.-Defendant
   Patrick C. McGinnis, Esq.-Plaintiff              Brian Farrelly – Defendant's Rep.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

<u>*Courtenay L. Bass*</u>                    <u>April 26, 2023</u>
Signature                                          Date

<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>    <u>(214)303-4500</u>
Address                                                                        Telephone

**Patrick C. McGinnis, Esq.**
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd.
Suite 555
Webster, TX  77598
(832) 415-1432
(281) 940-2137

**Matthew P. Rigney, Esq.**
Tollefson Bradley Mitchell & Melendi LLP
2811 McKinney Avenue
Suite 250
Dallas, TX  75204
(214) 665-0100
(214) 665-0199

**Orlando Vera, Jr., Esq.**
Tollefson Bradley Mitchell & Melendi LLP
2811 McKinney Avenue
Suite 250
Dallas, TX  75204
(214) 665-0100
(214) 665-0199