UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS INDIAN REVIVAL CENTER, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 3:22-cv-1487 |
| COLONY INSURANCE COMPANY, | | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dallas Indian Revival Center and Defendant Colony Insurance Company file this Joint Stipulation of Dismissal with Prejudice, and request that the Court dismiss all claims and causes of action that were asserted or could have been asserted herein with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

*/s/ Patrick C. McGinnis*
Chad T. Wilson
Texas Bar No. 24079587
cwilson@cwilsonlaw.com
Patrick C. McGinnis
Texas Bar No. 13631900
pmcginnis@cwilsonlaw.com
Chad T. Wilson Law Firm
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Fax: (281) 940-2137
**ATTORNEYS FOR PLAINTIFF**
**DALLAS INDIAN REVIVAL CENTER**

**AND**

*/s/ Matthew Rigney*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
**ATTORNEYS FOR DEFENDANT**
**COLONY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

On June 1, 2023, a true and correct copy of the foregoing document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/Matthew Rigney*
Matthew Rigney